UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARRELL SEMIEN, IND. AND KARLA SEMIEN, IND. AND ON BEHALF OF THEIR MINOR CHILDREN, MIRACLE SEMIEN, MADISON SEMIEN, AND MALACHI SEMIEN** *Plaintiffs*, | * * * * * * * | NO: 2:20-cv-01284 (LEAD) NO: 2:20-cv-01286 (MEMBER) JUDGE: JAMES CAIN, JR. |
| v. | * * | MAG. JUDGE: KATHLEEN KAY |
| **LABORATORY CORPORATION OF AMERICA AND LABORATORY CORPORATION OF AMERICA HOLDINGS** *Defendants*. | * * * * * | JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \* \* \* \* \*

**SUGGESTION OF DEATH OF PLAINTIFF**
**PURSUANT TO FED. R. CIV. P. 25(a)(1)**

Defendant Laboratory Corporation of America ("Labcorp"), pursuant to Federal Rule of Civil Procedure 25(a)(1), suggests, upon the record, the death of Plaintiff Darrell Semien on or about January 24, 2021.

                Respectfully submitted,

                CHAFFE McCALL, L.L.P.

                */s/   Brent A. Talbot*
                BRENT A. TALBOT, #19174, T.A.
                JESSE G. FRANK, #38220
                2300 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana 70163-2300
                Telephone: (504) 585-7000
                Telefax:  (504) 544-6095
                    -and-
                KEITH C. ARMSTRONG, #20679
                ZACHARY S. MILLER, #38839
                103 Two United Plaza

8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 922-4300
Telefax: (225) 922-4304
      -and-
MICHAEL D. CARLETON, #01289
One Lakeshore Drive
Suite 1750
Lake Charles, Louisiana 70629
Telephone: (337) 419-1825

*Attorneys for Laboratory Corporation of America and Laboratory Corporation of America Holdings*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 26th day of October, 2021, a copy of the foregoing pleading has been filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the Court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                  */s/ Brent A. Talbot*