UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARRELL SEMIEN, ET AL** | : | **NO. 2:20-CV-01284 (LEAD)** |
| | | **NO. 2:20-CV-01286 (MEMBER)** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **LABORATORY CORPORATION OF OF AMERICA, ET AL** | : | **MAGISTRATE JUDGE KAY** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR CONTINUANCE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Darrell Semien, Ind. and Karla Semien, Ind. and on behalf of their minor children, Miracle Semien, Madison Semien, and Malachi Semien on suggesting to the Court that the jury trial in the above entitled and numbered cause, is presently set before the Court on Monday, April 18, 2022, at 9 o'clock a.m., should be continued and refixed for a later date:

1.

Plaintiff, Darrell Semien unexpectedly passed away.

2.

Plaintiff, Darrell Semien, left behind children that were already a party to the original captioned matter as well as additional adult children who were not a party to the original proceedings.

3.

Plaintiffs' herein need additional time to determine who all will be substituted as party plaintiffs for Darrell Semien's survival action.

1

4.

Counsel for plaintiffs and defendants aver that continuing the trial, will not disrupt the orderly and prompt administration of justice and therefore should be continued to a later date.

5.

Counsel for Defendants do not object to this trial being continued and refixed for a later date.

**WHEREFORE**, plaintiffs, Darrell Semien, Ind. and Karla Semien, Ind. and on behalf of their minor children, Miracle Semien, Madison Semien, and Malachi Semien, pray that after due consideration this Motion for Continuance be granted and the jury trial in the above entitled and numbered cause, be continued and refixed for a later date to be set by this Honorable Court.

Respectfully Submitted,

**THE TOWNSLEY LAW FIRM, LLP**

**s/ *Jordan Z. Taylor***
**JORDAN Z. TAYLOR, LSBA Roll No. 35346**
3102 Enterprise Blvd.
Lake Charles, Louisiana 70601
Telephone: 337-478-1400
Facsimile: 337-478-1577

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has this day been served upon all counsel of record via facsimile, electronic mail, and/or placing same in the United States Mail, postage prepaid and properly addressed this 30th day of November 2021 at Lake Charles, Calcasieu Parish, Louisiana.

/s/ *Jordan Z. Taylor*
JORDAN Z. TAYLOR