UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DARRELL SEMIEN ET AL**                           **CASE NO.  2:20-CV-01284 LEAD**

**VERSUS**                                         **JUDGE JAMES D. CAIN, JR.**

**LABORATORY CORPORATION OF**                      **MAGISTRATE JUDGE LEBLANC**
**AMERICA ET AL**

**MINUTES OF COURT:**
Trial

| Date: | 09/03/2024 | Presiding: Judge James D. Cain, Jr. | |
|---|---|---|---|
| Court Opened: | 10:44 AM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 04:49 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 5:43 | Courtroom: | CR4 |

**APPEARANCES**

| David Grant Castillo; David Harmon Hanchey; Craig Ray Hill | For | Darrell Semien, et al, Plaintiffs |
|---|---|---|
| Desiree C Williams; Kristen H Bayard | For | USA, condft |

**PROCEEDINGS**

**CASE CALLED:**
BENCH TRIAL DAY 1

**PROCEEDINGS:**
Testimony & evidence for plaintiffs not concluded.

**RULINGS/COMMENTS:**
Scott Bergstedt is accepted by the court as an expert in the field of Obstetrics, Gynecology and forensics examination of children in sexual assault cases.

Monica Quaal is accepted by the court as an expert in the field of Forensic DNA and Serology.

James Jancuska is accepted by the court as an expert in the field of Urology.

Case laid over to Wednesday, September 04, 2024 at 9:00 A.M.