UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL SEMIEN ET AL** | **CASE NO. 2:20-CV-01284 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LABORATORY CORPORATION OF AMERICA ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## MINUTES OF COURT:
### Trial

| | | | |
|---|---|---|---|
| Date: | 09/04/2024 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 09:26 AM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 11:38 AM | Court Reporter: | D D Juranka |
| Statistical Time: | 2:12 | Courtroom: | CR4 |

### APPEARANCES

| | | |
|---|---|---|
| David Grant Castillo; David Harmon Hanchey; Craig Ray Hill | For | Darrell Semien, et al, Plaintiffs |
| Desiree C Williams; Kristen H Bayard | For | USA, condft |

### PROCEEDINGS

**CASE CALLED:**
BENCH TRIAL DAY 2

**PROCEEDINGS:**
Testimony & evidence for plaintiff concluded. Plaintiff rested.
Testimony & evidence for Government concluded. Government rested.
No rebuttal evidence.
Evidence closed.

**RULINGS/COMMENTS:**
Davis Woodward is accepted by the court as an expert in the field of professional Counselor and Supervisor.

The matter was taken under advisement. Post trial briefs are to be no larger than 10 pages, due within seven (7) days.