7/19/22, 5:11 PM

**Male, DOB:**
**Account Number:**
**Home:**
**Guarantor**   **Insurance:**
**Appointment Facility: SWLA Center For Health Services Oberlin**

08/21/2019  
Check In: 02:08 PM CST   Check Out: 03:21 PM CST

Progress Notes: Colleen Unkel, FNP

### Current Medications
Taking
- Norvasc 10 MG Tablet 1 tablet Orally Once a day
- Metoprolol Tartrate 25 MG Tablet 1 tablet with food Orally Twice a day
- Allopurinol 100 MG Tablet as directed Orally
- Tamsulosin HCl 0.4 MG Capsule 1 capsule Orally Once a day at bedtime
- Medication List reviewed and reconciled with the patient

### Past Medical History
Hypertension.
Gout.

### Surgical History
right knee x 3
right shoulder x 3

### Family History
Father: deceased, MI, diagnosed with Heart Disease
Mother: deceased, cirrhosis
Paternal Grand Father: deceased, Heart Disease
Paternal Grand Mother: deceased
Maternal Grand Father: deceased
Maternal Grand Mother: deceased
Siblings: alive, brother- lung CA -- deceased, Cancer
Children: alive
3 brother(s) , 1 sister(s) . 1daughter(s) - healthy.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Drugs/Alcohol:
Caffeine
  Intake: *1-2 cups per day*
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in the past year? *No*
    Points *0*
    Interpretation *Negative*
Drugs
  Have you used drugs other than those for medical reasons in the past 12 months? *No*

### Allergies
Vancomycin HCl: vomiting - Allergy

### Hospitalization/Major

### Reason for Appointment
1. Patient presents for dizzy spells

### History of Present Illness
Depression Screening:
  PHQ-9
    Little interest or pleasure in doing things *Not at all*
    Feeling down, depressed, or hopeless *Not at all*
    Trouble falling or staying asleep, or sleeping too much *Not at all*
    Feeling tired or having little energy *Not at all*
    Poor appetite or overeating *Not at all*
    Feeling bad about yourself or that you are a failure, or have let yourself or your family down *Not at all*
    Trouble concentrating on things, such as reading the newspaper or watching television *Not at all*
    Moving or speaking so slowly that other people could have noticed; or the opposite, being so fidgety or restless that you have been moving around a lot more than usual *Not at all*
    Thoughts that you would be better off dead or of hurting yourself in some way *Not at all*
    Total Score *0*
  Onset last weekend x1 then twice yesterday with dizziness, feels like head is swimming not room, feeling like going to fall over when it happens. Has history multiple closed head injuries, including 14 foot fall. Denies headache, one sided weakness, vision changes, positive for tinnitus long term, denies sleep problems, change in appetite, did get nauseated but did not vomit with dizziness yesterday.
  Duration of dizziness 10 minutes, ate a peach and dizziness subsided. Did not feel heart bounding, no CP or SOB with dizziness, checked BP and was normal.

### Vital Signs
Ht 74 in, Wt 297.1 lbs, BMI 38.14 Index, BP 161/91 mm Hg, HR 60 /min, Temp 97.6 F, RR 16 /min, Pain scale 0 1-10, Oxygen sat % 96 %, Ht-cm 187.96 cm, Wt-kg 134.76 kg.

### Examination
General Examination:
  GENERAL APPEARANCE: alert, well hydrated, in no distress.
  HEAD: atraumatic , no scalp lesions.
  EYES: extraocular movement full and smooth , pupils equal, round, reactive to light and accommodation , upper eyelids normal , lower eyelids normal.
  EARS: auditory canal clear , tympanic membrane intact, clear , light reflex present.

1/3

EXHIBIT
P28

**Semien 28-001**

7/19/22, 5:11 PM

**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
See HPI.

NOSE: nares patent.
ORAL CAVITY: good dentition , gums normal , mucosa moist.
THROAT: pharynx normal , no erythema.
NECK/THYROID: no carotid bruit , no thyromegaly , neck supple, full range of motion.
LYMPH NODES: no palpable adenopathy.
SKIN: no rashes , good turgor.
HEART: no murmurs, rubs, gallops , regular rate and rhythm.
LUNGS: clear to auscultation bilaterally.
NEUROLOGIC: cranial nerves 2-12 grossly intact , gait normal , motor strength normal upper and lower extremities , no tremor.
PSYCH: alert, oriented , cognitive function intact , cooperative with exam , good eye contact , judgement and insight good.

**Assessments**
1. Vertigo - R42 (Primary)
2. Essential (primary) hypertension - I10
3. History of myocardial infarct at age less than 60 years - I25.2

**Treatment**
**1. Vertigo**
Start Metoprolol Tartrate Tablet, 50 MG, 1 tablet with food, Orally, Twice a day, 30 day(s), 60 Tablet, Refills 2
Start Meclizine HCl Tablet, 25 MG, 1 tablet as needed, Orally, 3 times daily as needed for dizziness, 30 day(s), 30, Refills 0
Notes: trial on meclizine, return in 2 weeks for follow up, if headache, worst ever, one sided weakness, vision changes, changes in mentation, go to ER, call 911., Vertigo: Care Instructions material was printed.

**2. Essential (primary) hypertension**
Notes: increase metoprolol to 50mg twice daily, follow up 2 weeks.

**3. History of myocardial infarct at age less than 60 years**
Notes: added to medical history. No further problems.

**Preventive Medicine**
MEN'S PREVENTIVE WELLNESS PLAN:
  Colorectal Cancer Screening:
    Screening for colorectal cancer was last done on: *FIT test turned in today for us to send out with labcorp*
  Depression Screening:
    Screening for depression was last done on: *08/21/2019*

**Follow Up**
2 Weeks (Reason: BP, vertigo)

*[signature: Colleen Unkel FNP]*

Electronically signed by Colleen Unkel , FNP on 08/21/2019 at

USA Response to Second RFP Number 3  0007

**Semien 28-002**

7/19/22, 5:11 PM



05:06 PM CDT

**Sign off status: Completed**

SWLA Center For Health Services Oberlin
112 N 6TH ST
OBERLIN, LA 70655-6109
Tel: 337-639-2281
Fax: 337-639-6199

Patient: ▮▮▮▮  DOB: ▮▮▮▮   Progress Note: Colleen Unkel, FNP   08/21/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

3/3

USA Response to Second RFP Number 3  0008

**Semien 28-003**

William Brent III
Chief Executive Officer



Lake Charles, Crowley
Lafayette, Oberlin

## CERTIFICATION OF RECORDS

I hereby certify that the attached copy of medical records is a true and correct copy of all medical records in the files of:

SWLA Center for Health Services

██████████ pertaining to ██████████

Name of the Patient

Signature of Provider

Name: Angie Censcloy

Title: Health Information tech

Date: 8/10/23

## CERTIFICATION OF NO RECORDS

I hereby certify that the attached copy of medical records is a true and correct copy of all medical records in the files of:

SWLA Center for Health Services

pertaining to

_____
Name of the Patient

_____
Signature of Provider

Name: _____

Title: _____

Date: _____

P.O. Box 19010, 70616-9010 | 2000 Opelousas Street | Lake Charles, LA 70601| Office (337) 439-9983 | Fax (337) 439-8898

USA Response to Second RFP Number 3  0009

Semien 28-004