# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL SEMIEN, *ET AL.*** | ) CIVIL ACTION NO: 20-cv-01284 (LEAD) |
| | ) CIVIL ACTION NO: 22-cv-00213 (MEMBER) |
| **VERSUS** | ) |
| | ) JUDGE CAIN |
| **LABORATORY CORPORATION** | ) |
| **OF AMERICA, *ET AL.*** | ) MAGISTRATE JUDGE LEBLANC |

## NOTICE OF APPEAL

Notice is hereby given by the United States Attorney for the Western District of Louisiana, by and through the undersigned Assistant United States Attorneys, that the United States of America, as Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the United States District Court for the Western District of Louisiana which was entered in this action on September 16, 2024.

                                            Respectfully submitted,

                                            BRANDON B. BROWN
                                            United States Attorney

BY:    *s/ Desiree C. Williams*
           DESIREE C. WILLIAMS, T.A. (#30978)
           Assistant United States Attorney
           800 Lafayette Street, Suite 2200
           Lafayette, LA 70501
           Telephone:  (337) 262-6618
           Facsimile:   (337) 262-6693
           Email:       desiree.williams@usdoj.gov

BY:   *s/ Kristen H. Bayard*
KRISTEN H. BAYARD (#32499)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email: kristen.bayard@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2024 a copy of the above and foregoing *Notice of Appeal* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system.

  *s/ Desiree C. Williams*
DESIREE C. WILLIAMS, T.A. (#30978)
Assistant United States Attorney

2